IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEMITRIUS ALSTON,<br><br>Defendant. | 8:23-CR-253<br><br>ORDER |

IT IS ORDERED:

1. The parties' stipulation (filing 48) is approved.

2. Defendant Demitrius Alston is ordered to pay $77,800 in restitution to Wells Fargo Bank, 4924 Morganton Road, Fayetteville, North Carolina.

3. An amended judgment will be entered.

4. The December 19, 2024 hearing in this case is canceled.

Dated this 11th day of December, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge